No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. On consideration of Appellant's petition to reconsider the denial of the motion for leave to file matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), out of time, it is ordered that reconsideration is granted and the matter raised pursuant to *Grostefon* will be considered.

No. 14–5003/AF. U.S., Appellant v. Jimmy L. Wilson, Appellee. CCA 37897. Notice is hereby given that a certificate for review of the decision of the United States Air Force Court of Criminal Appeals was filed under Rule 22 this date on the following issue:

> WHETHER ARTICLE 12, UCMJ, APPLIES TO THE CIRCUMSTANCE WHERE AN ACCUSED AND/OR CONVICTED MEMBER OF THE ARMED FORCES IS CONFINED IN IMMEDIATE ASSOCIATION WITH FOREIGN NATIONALS IN A STATE OR FEDERAL FACILITY WITHIN THE CONTINENTAL LIMITS OF THE UNITED STATES.

Appellant will file a brief under Rule 22(b) in support of said certificate on or before March 31, 2014.